UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CT-03306-BO

| | | |
|---|---|---|
| MARQUIS D. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | **WRIT OF** |
| | ) | **HABEAS CORPUS** |
| v. | ) | **AD TESTIFICANDUM** |
| | ) | |
| VINCENT MICHAEL BACOSA, | ) | (Court-Hosted Settlement Conference) |
| | ) | |
| Defendant. | ) | |

TO: Jamie Bullard, Warden
Tabor Correctional Institution
4600 Swamp Fox Hwy West
Tabor City, NC 28463

We command that you produce the body of **Marquis D. Williams** (OPUS No. 1276544) now held in custody at Tabor Correctional Institution in Tabor City, North Carolina, and deliver him to the United States Federal Courthouse located at 310 New Bern Ave., Raleigh, North Carolina for the purpose of appearing at the court-hosted settlement conference in the case of *Williams v. Bacosa*, No. 5:23-CT-03306-BO on Monday, November 17, 2025, at 9:30 a.m. before the Hon. Robert B. Jones, Jr., U.S. Magistrate Judge.

The authorities of the North Carolina Department of Adult Correction ("DAC") are directed to deliver the prisoner to the United States Courthouse at least 30 minutes prior to the hearing, and when the prisoner has served his purpose and is released by the court, return him to the appropriate prison facility. The DAC shall also bring to the attention of the United States Marshal any medical or security concerns regarding the prisoner.

This 23 day of October, 2025.

                                            Robert B. Jones, Jr.
                                            United States Magistrate Judge

Copies provided to:
Ripley Eagles Rand, *Counsel for Defendants*
Wes J. Camden, *Counsel for Plaintiff*
Jessica Lyn Phipps, *Counsel for Plaintiff*
Lauren E. Fussell, *Counsel for Plaintiff*
Jamie Bullard, *Warden Tabor CI*
Sharon Clark, *DAC Writ Office*
U.S. Marshals Service, Raleigh, NC